IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONALD LEE WILLIAMS,** | 2:06-cv-0160 FCD KJM P |
| Plaintiff, | 2:08-cv-1138 FCD KJM P |
| v. | **ORDER** |
| K. PROSPER, et al.,, | |
| Defendants. | |

Based on the foregoing stipulation, IT IS HEREBY ORDERED:

1. The Court refers cases *Williams v. Prosper et al.*, 2:06-cv-0160 FCD KJM P, and *Williams v. Braida et al.*, 2:08-cv-1138-FCD-KJM to Magistrate Judge Vadas and the Pro Se Mediation Program for a possible settlement of the cases.

2. The parties are directed to contact Gloria Masterson, Courtroom Deputy to Magistrate Judge Vadas, within ten days of the filed date of this order, to arrange a date for the settlement conference and shall file a letter on both dockets memorializing the date.

3. The Clerk of the Court is directed to send a copy of the instant order to Magistrate Judge Nandor Vadas, Northern District of California, 514 H Street, Eureka, California 95501-1038.

4. Magistrate Judge Nandor Vadas shall file a report on the docket in this case, within twenty days of the settlement conference, indicating the outcome of the settlement proceedings.

Order

1

5. The parties are directed to mail confidential settlement conference statements to Magistrate Judge Vadas so that they reach him at least seven days before the settlement conference.

DATED: October 30, 2008.

_____
U.S. MAGISTRATE JUDGE

Order

2