IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD WILLIAMS,

    Plaintiff,

    v

K. PROSPER et al.

    Defendants.

Case No C 06-160 FCD KJM
       C 08-1138 FCK KJM
REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING

    A settlement conference in this matter was held on December 8, 2008. The results of that proceeding are indicated below:

(1)    The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

    ☒ Plaintiff

    ☐ Warden or warden's representative

    ☒ Office of the California Attorney General, Marta Barlow

    ☒ Other: Alan Sobel for California Department of Corrections and Rehabilitation, Mark Harris for Defendant Braida, Jonathon Paul for Defendants Cook and Epperson

(2) The following individuals, parties, and/or representatives did not appear:

(3) The outcome of the proceeding was:

☐ The case has been completely settled.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on _____.

☒ The parties are unable to reach an agreement at this time. However the parties agreed to a second settlement conference after the summary judgment motion is ruled on.

Date:  December 31, 2008

_____
Nandor J Vadas
United States Magistrate Judge
Northern District of California
Sitting by Designation

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Williams

No. C 06-160 and C 08-1138

v.

CERTIFICATE OF SERVICE

Prosper et al.
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  12/31/08, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Donald Williams**
H-22608
CALIFORNIA STATE PRISON, SACRAMENTO (REPRESA-29)
P.O. BOX 290066
REPRESA, CA 95671-0002

RICHARD W. WIEKING, CLERK


By:/s/_____
Deputy Clerk

3