IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD WILLIAMS,

     Plaintiff,                   No. CIV S-08-1138 FCD KJM P

    vs.

A. BRAIDA, et al.,

     Defendants.          ORDER

_____/

       Plaintiff is a state prison inmate proceeding pro se with a civil rights action under 42 U.S.C. § 1983. On October 28 and November 7, 2008, plaintiff filed motions for orders compelling discovery.

       In the scheduling order of June 27, 2008, the parties were given until October 17, 2008 in which to complete discovery and to file any motions to compel discovery. Docket No. 9 at 5 ¶ 1. Plaintiff's two motions were filed after this date and are therefore untimely.

       IT IS THEREFORE ORDERED that plaintiff's motions to compel discovery (docket nos. 11 & 13) are denied.

DATED: February 11, 2009.

                                  U.S. MAGISTRATE JUDGE

2/will0138.mtc

1