IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD WILLIAMS,

        Plaintiff,                     No. CIV S-08-1138 FCD KJM P

    vs.

A. BRAIDA, et al.,

        Defendants.            <u>ORDER</u>

_____/

        On February 19, 2009, plaintiff filed a request for reconsideration of the magistrate judge's order filed February 11, 2009, denying the October 28, 2008 and November 7, 2008 motions to compel. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed February 11, 2009, is affirmed.

DATED: March 18, 2009.

                                                FRANK C. DAMRELL, JR.
                                                UNITED STATES DISTRICT JUDGE