| | |
|---|---|
| | IN THE UNITED STATES DISTRICT COURT |
| | FOR THE EASTERN DISTRICT OF CALIFORNIA |

DONALD LEE WILLIAMS,

      Plaintiff,                      No. CIV S-08-1138 FCD KJM P

    vs.

A. BRAIDA, et al.,

      Defendants.             ORDER

_____/

        In an order filed June 27, 2008, plaintiff was directed to file his pretrial statement on March 13, 2009. Plaintiff mailed a document called "Pretrial Disclosures" on March 11; it was filed in this court on March 17, 2009. Based on its date of mailing, the statement is timely. See Houston v. Lack, 487 U.S. 266 (1988). However, the statement does not comply with Local Rule 16-281 in a number of respects: it does not contain a statement of disputed facts, a statement of undisputed facts or a list of disputed evidentiary issues.

        Defendants have objected to the inadequacies of the statement and asked to be relieved from filing their pretrial statements until plaintiff files a statement that complies with the local rules.

//////

/////

1

IT IS THEREFORE ORDERED that:

1. Plaintiff is directed to file a pretrial statement that complies with Local Rule 16-281 by June 12, 2009; failure to comply will result in a recommendation that the action be dismissed;

2. Defendants' pretrial statements are due no later than July 10, 2009;

3. Pretrial conference on the papers only will be conducted on August 7, 2009; and

4. If the parties wish to request a settlement conference pending trial, they shall notify the court.

DATED: May 18, 2009.

_____
U.S. MAGISTRATE JUDGE

2

will1138.pts