IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD LEE WILLIAMS

      Plaintiff,                      No. CIV S-08-1138 FCD KJM P

      vs.

A. BRAIDA, et al.,

      Defendants.                <u>ORDER</u>

_____/

      Plaintiff is a prisoner proceeding pro se with an action under 42 U.S.C. § 1983.  This case will be referred to Magistrate Judge Craig S. Kellison to conduct a settlement conference at California State Prison-Sacramento (CSP-Sacramento) on November 13, 2009, at 9:00 a.m.

      In accordance with the above,  IT IS HEREBY ORDERED that:

      1. This case is set for a settlement conference n on November 13, 2009, at 9:00 a.m. at CSP-Sacramento, Prison Road, Represa, California.

      2. The parties are directed to provide confidential settlement conference statements to Magistrate Judge Kellison, 501 I Street, Sacramento, California 95814, so that they arrive no later than November 6, 2009.

DATED: September 1, 2009.

U.S. MAGISTRATE JUDGE