IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD LEE WILLIAMS,

        Plaintiff,                No. CIV S-08-1138 FCD KJM P

    vs.

A. BRAIDA, et al.,

        Defendants.         <u>ORDER</u>

_____/

        The court docket reflects that this case has settled. Therefore, plaintiff's requests for appointment of counsel are moot. Moreover, there is no need for the filing of pretrial statements.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's motions for the appointment of counsel (Docket No. 29, 33 & 34) are denied as moot.

DATED: January 14, 2010.

_____
U.S. MAGISTRATE JUDGE

2/mp
will1138.31(2)

1