IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD WILLIAMS,

     Plaintiff,                    No. CIV S-08-1138 FCD GGH (TEMP) P

     vs.

A. BRAIDA, et al.,

     Defendants.              <u>ORDER</u>

_____/

     A settlement conference was held in this action on November 12, 2009 and it is reported on the docket that the case settled. Dismissal documents have not been filed. Good cause appearing, IT IS HEREBY ORDERED that the parties file their stipulation of dismissal within 30 days. Failure to comply with this order will result in dismissal of this action under Rule 41(b) of the Federal Rules of Civil Procedure.

DATED: January 14, 2011

     /s/ Gregory G. Hollows

     GREGORY G. HOLLOWS
     UNITED STATES MAGISTRATE JUDGE

GGH/kc
will1138.dis