IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD WILLIAMS,

    Plaintiff,                    No. CIV S-08-1138 FCD GGH (TEMP) P

    vs.

A. BRAIDA, et al.,

    Defendants.          <u>ORDER</u>

_____/

        Pursuant to the stipulation of dismissal submitted by the parties on April 6, 2011, this action is deemed dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party shall bear their own attorneys' fees and costs, and the Clerk of the Court is directed to close this case.

DATED: April 12, 2011.

                                 _____
                                 FRANK C. DAMRELL, JR.
                                 UNITED STATES DISTRICT JUDGE