Donald Williams #H22708
CSP-SAC
P.O. Box 290066
Represa, CA. 95671
(In Pro Per.)

FILED
APR 18 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

United States District Court
Eastern District of California

Donald Williams,
          Plaintiff.
v.
A. Braida et. al.,
          Defendants.

Case No. 2:08-cv-01138-GGH (Temp)

Plaintiff's Reply to Defendants Proposed Orders filed on April 6, 2011

Plaintiff hereby seeks to have the court refer to Defendants most recent motion for a 30 day extension filed back in and or Feb. 2011 seeking an extension of time for all parties to file their stipulation of dismissal due to Plaintiff not obtaining the agreed upon settlement funds. Whereas Plaintiff has yet to receive the funds; and therefore asks that the court requests that the defendants inform the court as to the status of the issuance of Plaintiff's settlement funds being issued to Plaintiff. For the foregoing reasons Defendants proposal order should be denied and "postponed until Plaintiff's settlement funds has been received by Plaintiff."

Dated April 11, 2011

Donald Williams
(In Proper.)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Donald Williams

v.

A. Braida et, al,

Defendants,

Case Number: CWS-08-1138 FCA GGH (temp)

PROOF OF SERVICE

I hereby certify that on 4/11/11, I served a copy of the attached Plaintiff's Reply to Defendants Proposal order.

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at

CSP-SAC.

(List Name and Address of Each Defendant or Attorney Served)

Jonathan B. Paul & Rivera
1451 River Park Dr., Suite 145
Sacramento, CA. 95815

I declare under penalty of perjury that the foregoing is true and correct.

Donald Williams
(Signature of Person Completing Service)